# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

David Langdon Jung                                    Case No. 08-30484-DOT
Patti Stamos Jung

    Debtors.                                               Chapter 13


Americredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp.,

    Plaintiff,

v.

David Langdon Jung,
Patti Stamos Jung,
and
Carl M. Bates, Trustee,

    Defendants.


### CONSENT ORDER GRANTING RELIEF FROM STAY

This cause came on this day to be heard upon Plaintiff's Motion for Relief from Stay to proceed against the following described collateral securing its loan to Debtors: 2005 Ford F150, VIN 1FTPW14585KB88447, and was argued by counsel.

**UPON CONSIDERATION WHEREOF**, it appearing that the parties consent to the entry of this Order, and for other good cause shown, it is

**ADJUDGED and ORDERED** that Plaintiff, Americredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp., be granted relief from the automatic stay as to the

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Plaintiff

above-described property in accordance with 11 U.S.C. Section 362 so that it may proceed in accordance with state law, and it is further

**ADJUDGED and ORDERED** that the relief granted herein shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code, and it is further

**ADJUDGED and ORDERED** that the Trustee shall cease making any further distributions on the secured claim of Plaintiff, and it is further

**ADJUDGED and ORDERED** that following any liquidation of the above-described property, Plaintiff may file a proof of claim or amend its previously filed proof of claim as appropriate to an unsecured claim for any deficiency balance remaining due on its claim, and it is further

**ADJUDGED and ORDERED** that the provisions of Rule 4001 (a)(3) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective upon its entry.

ENTER: Apr 29 2009

/s/ Douglas O. Tice Jr.
_____
Judge

I ask for this:

Entered on Docket: Apr 29 2009

  /s/ Sara A. John_____p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Plaintiff

Seen and agreed:

/s/ David J. Karp for Rudolph C. McCollum, Jr.
David J. Karp for Rudolph C. McCollum, Jr.
P.O. Box 4595
Richmond, VA 23220
804-523-3900
Counsel for Debtors

Seen:

/s/ Carl M. Bates
Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218
804-237-6800

Certificate of Endorsement

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452

Rudolph C. McCollum, Jr.
P.O. Box 4595
Richmond, VA 23220

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

David Langdon Jung
11010 Lawyers Road
Prince George, VA 23875

Patti Stamos Jung
11010 Lawyers Road
Prince George, VA 23875

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: mitchella            Page 1 of 1            Date Rcvd: Apr 29, 2009
Case: 08-30484                 Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on May 01, 2009.
db/jdb       +David Langdon Jung,   Patti Stamos Jung,   11010 Lawyers Rd.,   Prince George, VA 23875-3615

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2009**                    **Signature:** _/s/ Joseph Speetjens_